**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PHILLIP R. SEAVER TITLE CO., INC.,

    Plaintiff,

v.                                                                            Case No. 08-CV-11004

GREAT AMERICAN INSURANCE CO.,

    Defendants.
                                              /

**ORDER TERMINATING DEFENDANT'S "MOTION FOR APPROVAL OF SUPERSEDEAS BOND"**

Pending before the court is Defendant Great American Insurance Co.'s "Motion for Approval of Supersedeas Bond." On February 3, 2009, Defendant filed a "Release of Judgment and Supersedeas Bond," in which it stated that both parties "acknowledge that the final judgment . . . has been fully and finally satisfied by the settlement reached between the parties . . . and . . . hereby release the November 17, 2008 Amended Judgment, [and] supersedeas bond." (Def.'s Rel. At 2.) Accordingly,

IT IS ORDERED that Defendant Great American Insurance Co.'s "Motion for Approval of Supersedeas Bond" [Dkt. # 36] is TERMINATED as moot.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: February 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
